UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

LARRY BOOKER,

Plaintiff

v.

C. POTTER, *et al.*,

Defendants

Case No. 3:18-cv-00407-MMD-WGC

ORDER

## I. DISCUSSION

On September 16, 2019, the Court issued its Screening Order in this case. (ECF No. 7.) In its Screening Order, the Court gave Plaintiff leave to file a notice clarifying whether he is suing the Defendants in their official capacities, their personal capacities, or both. (*Id.* at 6.) Plaintiff filed a notice indicating that he is suing Defendants C. Potter, Steinhour, Garcia, T. Harenberg, and John Doe in both their official and individual capacities. (ECF No. 9, at 2.) In light of Plaintiff's filing, Plaintiff's claim alleging that the conditions of his confinement violated the Eighth Amendment will proceed against Defendants Potter, Steinhour, Harenberg, and correctional officer John Doe (when Plaintiff learns his identity), as outlined in the Court's Screening Order. (ECF No. 7.)

The 90-day stay the Court issued in its Screening Order will remain in place. During the stay and until the Court lifts the stay, no other pleadings or papers shall be filed in this case.

## II. CONCLUSION

For the foregoing reasons, it is ordered that Plaintiff's claim alleging that the conditions of his confinement violated the Eighth Amendment will proceed against Defendants Potter, Steinhour, Harenberg, and correctional officer John Doe (when Plaintiff learns his identity), as outlined in this Court's Screening Order

It is further ordered that the 90-day stay the Court issued in its Screening Order will remain in place. During the stay and until the Court lifts the stay, no other pleadings

1  or papers shall be filed in this case.

3          DATED THIS 4th day of October 2019.

*[signature: William G. Cobb]*
UNITED STATES MAGISTRATE JUDGE