AARON D. FORD
  Attorney General
ROST C. OLSEN, Bar No. 14410
  Deputy Attorney General
State of Nevada
Public Safety Division
100 N. Carson Street
Carson City, Nevada 89701-4717
Tel: (775) 684-1209
E-mail: rcolsen@ag.nv.gov

*Attorneys for Defendant*
*Carter Potter*

## UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| LARRY C. BOOKER,<br><br>    Plaintiff,<br><br>vs.<br><br>C. POTTER, et al.,<br><br>    Defendants. | Case No. 3:18-cv-00407-MMD-WGC<br><br>**STIPULATION AND ORDER TO DISMISS WITH PREJUDICE** |

Plaintiff Larry C. Brooker, in proper person, and Aaron D. Ford, Attorney General of the State of Nevada and Rost Olsen, Deputy Attorney General, hereby stipulation and agree that the above-captioned matter is dismissed in its entirely with prejudice, and each party will bear their own attorney's fees and costs.

DATED this 20th day of November, 2019      DATED this 26th day of November, 2019

AARON D. FORD
Attorney General

/s/ _____      /s/ L. Booker _____
ROST OLSEN, Bar No. 14410      LARRY C. BROOKER
Deputy Attorney General      Plaintiff

*Attorneys for Defendant*

**IT IS SO ORDERED.**

_____
**U.S. DISTRICT JUDGE**

**DATED:** November 20, 2019 **, 2019.**

1

# CERTIFICATE OF SERVICE

I certify that I am an employee of the Office of the Attorney General, State of Nevada, and that on this 20th day of November, 2019, I caused to be deposited for mailing in the U.S. Mail a copy of the foregoing, **STIPULATION AND ORDER TO DISMISS WITH PREJUDICE,** the following:

Larry C. Booker #96810
Ely State Prison
P.O. Box 1989
Ely, NV 89301

/s/ Connie L. Fondi
An employee of the
Office of the Attorney General

2